## Will DIXON v. STATE.

No. 14445.

Court of Criminal Appeals of Texas.

June 17, 1931.

·M. C. Nelson, of Aransas Pass, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is the unlawful possession of intoxicating liquor for the purpose of sale; penalty assessed at confinement in the penitentiary for one year.

No fault in the indictment nor irregularity in the procedure has been perceived or pointed out. The evidence that was before the trial court is not brought up for review.

The judgment is affirmed.